IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ANTHONY GREJDA,            )
                           )
        Plaintiff,         )    Case No. 1:11-cv-184-SJM-SPB
                           )
    v.                     )
                           )
ARCHIE B. LONGLEY, *et al.*, )
                           )
        Defendants.        )

**MEMORANDUM ORDER**

Plaintiff's civil rights complaint was received by the Clerk of Court on September 1, 2011 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation, filed on June 20, 2012 [15], recommends that the Defendants' motion to dismiss or, in the alternative, motion for summary judgment [10] be granted. Plaintiff was allowed fourteen (14) days from the date of service in which to file objections. Service was made on Plaintiff by certified mail at his address of record. No objections to the Report and Recommendation have been filed to date. After de novo review of the complaint and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 11th Day of July, 2012;

IT IS ORDERED that the Defendants' motion to dismiss or, in the alternative, motion for summary judgment [10] shall be, and hereby is, GRANTED.

The Report and Recommendation of Magistrate Judge Baxter, filed on June 20, 2012 [15], is adopted as the opinion of this Court.

                                                             s/ <u>Sean J. McLaughlin</u>
                                                                SEAN J. McLAUGHLIN
                                                                United States District Judge

cm:    All parties of record

        U.S. Magistrate Judge Susan Paradise Baxter